

# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2015

No. 04-15-00028-CV

Abelardo **ZAMORA** and Janet Zamora, Individually and as Next Friends of Abelardo Zamora Jr., a Minor Child,
Appellants

v.

Jacob James **DAVILA,**
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 387082
Honorable Tina Torres, Judge Presiding

# **O R D E R**

The appellee's motion for leave to file brief is hereby GRANTED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of July, 2015.

_____
Keith E. Hottle
Clerk of Court